# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
Erika Riker )  Case No: 4:03CR70057-002
) USM No: 10012-084
Date of Previous Judgment: October 14, 2003 )
(Use Date of Last Amended Judgment if Applicable)  ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  32           Amended Offense Level:  30
Criminal History Category:  I         Criminal History Category:  I
Previous Guideline Range:  121 to 151 months    Amended Guideline Range:  120 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

120 Months is the statutory minimum for this offense.

Except as provided above, all provisions of the judgment dated  Oct. 14, 2003  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  3-25-08

Effective Date:  ~~March 3, 2008~~ 4-7-08
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title